UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE:<br>EDWARD R. JIMENEZ<br>MELISSA A. JIMENEZ<br>Debtor(s). | CASE NO. 08-32409<br>CHAPTER 7 |

**NOTICE OF UNCLAIMED FUNDS**

NOTICE IS HEREBY GIVEN that J. Richard Ransel, duly appointed Trustee in Bankruptcy has paid into the Bankruptcy Court moneys as hereinafter described into the Court.

The Trustee states that on May 11, 2010, he issued check numbers 10103, 10104, 10109, and 10110 to Indiana Department of Revenue, Bankruptcy Section, Room N-240, 100 North Senate Avenue, Indianapolis, Indiana 46204. These checks were returned to the trustee because the Indiana Department of Revenue withdraw their claim. These checks totaled $248.43. The trustee voided the checks.

On May 11, 2010, the trustee issued check number 10111 to Edward R. and Melissa A. Jimenez, 2022 Bergan Street, South Bend, Indiana 46628 in the amount of $1,359.38. This represented surplus funds in the bankruptcy estate. The check was returned to the trustee as undeliverable. No forwarding address was provided. The trustee voided the check.

On October 15, 2010 the trustee has issued a check made payable to United States Bankruptcy Court in the amount of $1,692.54.

/s/ J. Richard Ransel
J. Richard Ransel, Trustee
THORNE•GRODNIK, LLP
228 West High Street
Elkhart, IN 46516
(574) 294-7473
jransel@tglaw.us

**CERTIFICATE OF SERVICE**

I do hereby certify that a true copy of the foregoing Notice has been duly served upon the following individual by electronic mail on October 15, 2010:

Alex Edgar
Assistant U.S. Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, IN 46601

/s/ J. Richard Ransel
J. Richard Ransel